[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-15563
Non-Argument Calendar
_____

D.C. Docket No. 3:09-cr-00100-TJC-JRK-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEWAYNE EARL JONES,
a.k.a. Pokey,

Defendant-Appellant.


_____

No. 15-15630
Non-Argument Calendar
_____

D.C. Docket No.  3:09-cr-00119-TJC-MCR-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEWAYNE EARL JONES,
a.k.a. Pokey,

Defendant-Appellant.

———————————————

Appeals from the United States District Court
for the Middle District of Florida
———————————————

(November 10, 2016)

Before TJOFLAT, WILSON and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

Lisa Call, appointed counsel for Dewayne Earl Jones, in this appeal of his supervised release revocation and total sentence, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jones's revocation and sentence are **AFFIRMED**.